Mary E. Schloendorff, Appellant, v. The Society of the New York Hospital, Respondent.—Judgment affirmed, with costs. No opinion. (Laughlin, J., dissented.)

The People of the State of New York, Respondent, v. Frank Mona, Appellant.—Judgment and orders affirmed. No opinion.

Jacob P. Adler, Appellant, v. Charles H. Natanson, Respondent, Impleaded with Samuel I. Weinstein.—Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. John Rudman, Relator, v. Ernst J. Lederle and Others, Composing the Board of Health of the Department of Health of the City of New York, Respondents.—Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. (Laughlin, J., dissented.)

Patrick F. Halloran, as Administrator, etc., of Lawrence J. Halloran, Deceased, Appellant, v. The Long Island Railroad Company, Respondent.—Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Selig Levine, Indicted and Convicted as Morris Kramer, Appellant.—Judgment affirmed. No opinion.

Margaret P. Johnstone, Respondent, v. W. Judson B. Mills and Berkley R. Merwin, Appellants.—Judgment and order affirmed, with costs. No opinion.

Jacob Levy, Appellant, v. Samuel Engle, Respondent.—Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Ludovico Tancredi, Appellant.—Judgment and order affirmed. No opinion.

Clifford Wayne Hartridge, Respondent, v. Charles W. Mayer, Appellant.—Judgment and order affirmed, with costs. No opinion. (Ingraham, P. J., dissented, on the ground that the verdict was exorbitant and excessive.)

The Gorham Company, Respondent, v. The United Engineering and Contracting Company, Appellant. Order affirmed, with ten dollars costs and disbursements. No opinion.

Jennie Drummond, as Administratrix, etc., of William Drummond (Sometimes Known as Patrick Drummond), Deceased, Respondent, v. Alfred E. Norton Company, Appellant.—Order affirmed, with costs. No opinion.

The People of the State of New York ex rel. George W. Meeks, Appellant, v. Michael J. Drummond, as Commissioner of the Department of Charities of the City of New York, and Others, Respondents.—Order affirmed, with ten dollars costs and disbursements. No opinion.

David Adler, Appellant, v. Samuel Mayper and Others, Copartners in Trade, Doing Business under the Firm Name and Style of The Royal Merchandise Company, Impleaded with Aaron Ginsburg and Benjamin Ginsburg, Copartners in Trade, Doing Business under the Firm Name and Style of Ginsburg & Company, Respondents.—Order affirmed, with ten dollars costs and disbursements. No opinion. (Laughlin, J., dissented.)